# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHELSEA J. SPREEMAN,<br><br>Defendant. | Case No. **9:22-PO-5014-KLD**<br><br>VIOLATION: F5443271<br><br>DISPOSITION CODE:  PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated February 24, 2022, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $180.00 to $90.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $90.00, which has been paid in full.

DATED this 6th day of April, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge